UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT WALLACE,<br><br>            Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>            Defendants. | Case No. 16-CV-00556-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Elliot Gale
Attorney for Defendant Credit Bureau of Placer County, Inc.:  Andrew Steinheimer
Attorney for Defendant Experian Information Solutions, Inc.:  Katherine Neben
Attorney for Defendant Wells Fargo Card Services, Inc.:  Courtney Wenrick
Attorney for Defendant Bank of America, N.A.:  Christine Neuharth
Defendant Equifax, Inc.:  Failed to Appear

   An initial case management conference was held on June 30, 2016.  A further case management conference is set for September 28, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by September 21, 2016.

   At the case management conference, the Court made the following rulings on the record:

**STIPULATIONS OF DISMISSAL**
   The parties shall file stipulations of dismissal as to Defendants Experian Information Solutions, Inc.; Equifax, Inc.; and Wells Fargo Card Services, Inc. by July 22, 2016.

**DISCOVERY**

The parties shall file a proposed stipulated protective order before U.S. Magistrate Judge Nathanael Cousins by July 14, 2016.

**SCHEDULING**

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend Pleadings / Add Parties | September 12, 2016 |
| Further CMC | September 28, 2016, at 2:00 p.m. |
| Opening Expert Reports | November 4, 2016 |
| Rebuttal Expert Reports | December 2, 2016 |
| Close of Fact & Expert Discovery | January 5, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | February 15, 2017 |
| Hearing on Dispositive Motions | March 30, 2017, at 1:30 p.m. |
| Final Pretrial Conference | May 18, 2017, at 1:30 p.m. |
| Jury Trial | June 5, 2017, at 9:00 a.m. |
| Length of Trial | 1 day |

**IT IS SO ORDERED.**

Dated:  June 30, 2016.

_____
LUCY H. KOH
United States District Judge

2

Case No. 16-cv-00556-LHK
CASE MANAGEMENT ORDER